NAPOLEON BUIE v. TRANS WORLD FABRICATORS AND COMMISSIONER OF LABOR AND INDUSTRY AS CUSTODIAN OF THE SECOND INJURY FUND.

November 10, 1986.

Petition for certification denied.

IN RE MEDICAID LONG TERM CARE SERVICES BULLETIN 84–2; KING JAMES NURSING HOME OF FRANKLIN, ETC.

IN RE N.J.A.C. 10:63–1.23; KING JAMES NURSING HOME OF FRANKLIN, ETC.

November 10, 1986.

Petition for certification denied. (See 212 *N.J.Super.* 48)

NEW CEDAR PARK CEMETERY v. BOROUGH OF PARAMUS, ETC., ET AL.

November 10, 1986.

Petition for certification denied.

CAROL H. SPRAGGINS v. ANTHONY J. CHESNEY, ET AL.

November 10, 1986.

Petition for certification denied.